**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Youtoo Technologies, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _2_  _7_ – _3_  _6_  _4_  _6_  _2_  _0_  _8_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **210 Park Avenue, Suite 700**<br>Number    Street | Number    Street |
| | P.O. Box |
| **Oklahoma City**    **OK**    **73102**<br>City    State    ZIP Code | City    State    ZIP Code |
| **Oklahoma**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other. Specify: **Limited Liability Company**

Debtor __Youtoo Technologies, LLC_____     Case number (if known) _____

**7.   Describe debtor's business**

*A. Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B. Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑  Chapter 7
☐  Chapter 9
☐  Chapter 11.   *Check all that apply:*

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor **Youtoo Technologies, LLC** _____  Case number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. |

List all cases. If more than 1, attach a separate list.

Debtor _____  Relationship _____

District _____  When _____
                                         MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                                         MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number     Street

_____

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Youtoo Technologies, LLC** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | |
|---|---|---|---|
| 15. | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>■ I have been authorized to file this petition on behalf of the debtor.<br><br>■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/30/2017**
            MM / DD / YYYY

X **/s/ Marsh Pitman, Member/Manager**          **Marsh Pitman, Member/Manager**
    Signature of authorized representative of debtor     Printed name

Title **See Attached**

| | | | | |
|---|---|---|---|---|
| 18. | **Signature of attorney** | X **/s/ O. Clifton Gooding** | Date | **11/30/2017** |
| | | Signature of attorney for debtor | | MM / DD / YYYY |

**O. Clifton Gooding**
Printed name

**The Gooding Law Firm, P.C.**
Firm name

**650 City Place Building**
Number        Street

**204 N. Robinson Avenue**

**Oklahoma City**                    **OK**        **73102**
City                                State    ZIP Code

**(405) 948-1978**                    **cgooding@goodingfirm.com**
Contact phone                        Email address

**10315**                            **OK**
Bar number                            State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

<div align="center">

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

</div>

In re     **Youtoo Technologies, LLC**                                    Case No.

Chapter     **7**

<div align="center">

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

</div>

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____**N/A**_____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____**11/30/2017**_____.

    a. Total assets                                                     **$28,635.00**

    b. Total debts (including debts listed in 2.c., below)             **$14,216,840.84**

    c. Debt securities held by more than 500 holders:                                    Approximate number of holders:

    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | --- | --- | --- | --- | --- |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
    | secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

    d. Number of shares of preferred stock                  **0**                    **0**

    e. Number of shares of common stock                     **0**                    **0**

    Comments, if any:
    **LLC not a corporation**

3.  Brief description of debtor's business:
    **Web Technology**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **YooToo Capital Partners, LP**

**<u>Title</u>**
By: MCFGA, LLC, its Manager
By: CFMMMP, LLC, its Member/Manager

**Fill in this information to identify the case**

Debtor name __**Youtoo Technologies, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Business Checking Account with CrossFirst Bank** <br> **Account number ending in 5974** | | | |
   | __**Balance in account as of October 31, 2017__ | **Checking account** | 5 9 7 4 | $800.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $800.00 |
   |---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Youtoo Technologies, LLC**                                Case number (if known) _____
Name

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                            **$0.00**

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☒  Yes.  Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:    _____**$0.00**__  –  _____**$0.00**_____  = .............. ➔   _____**$0.00**
face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    ____**$22,700.00**__  –  ____**$22,700.00**____  = .............. ➔   _____**$0.00**
face amount                doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                        **$0.00**

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☒  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method
used for current value**      **Current value of
debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                          **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☒  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

Debtor  **Youtoo Technologies, LLC**_____  Case number (if known) _____
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | $0.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | $0.00 |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Debtor   __Youtoo Technologies, LLC_____   Case number (if known) _____
          Name

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐  No.  Go to Part 8.
   ☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Adobe Flash Media Software** Date Acquired 2/2/2011 | | | Unknown |
| **Sony Laptop/Monitor-Developer** Date Acquired 3/15/2011 | | | Unknown |
| **Dell Laptop-Used by Brian H.** Date Acquired 4/19/2011 | | | Unknown |
| **Dell Sandbox Server** Date Acquired 12/23/2011 | | | Unknown |
| **MacBook Air 13"-USed by David Armour** Date Acquired 2/15/2012<br><br>**David Armour** **3764 Camino Codomix** **Calabasas, CA 91302** | | | Unknown |
| **(2) MacBook Pro 15"-Used by Development Team** Date Acquired 7/1/2012 | | | Unknown |
| **Dell XPS One 2170 -Used by Development Team** Date Acquired 8/6/2012 | | | Unknown |
| **MacBook -Used by Karla Burgos** Date Acquired 10/01/2012 | | | Unknown |
| **MacBook Pro 13" - Used by Heidi Miller** Date Aqcuired 10/01/2012 | | | Unknown |
| **MacBook Pro 15" -Used by Phil Gura** Date Acquired 10/31/2012 | | | Unknown |
| **MacBook Air 13" - Used by IT Team** Date Acquired 11/03/2012 | | | Unknown |
| **MacBook Pro 13" -Used by IT Team** Date Acquired 11/07/2012 | | | Unknown |
| **MacBook Pro 11" -Usded by IT Team** Date Aquired 11/09/2012 | | | Unknown |
| **Dell M4600 Laptop -Used by Marty** Date Acquired 11/10/2012 | | | Unknown |
| **(2) Dell U3011 Monitors -Used by IT Team** Date Acquired 11/22/2012 | | | Unknown |

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____
       Name

**(2) Barracuda Load Balancers**
**Date Acquired 12/05/2012** _____  _____  _____  Unknown

**iMac 21" -Used by Jayson Cody**
**Date Acquired 12/06/2012**

**Jayson Cody**
**914 Waterview Circle**
**Texas Richardson, TX 75080** _____  _____  _____  Unknown

**MacBook Pro 11" -Used by IT Team**
**Date Acquired 12/10/2012** _____  _____  _____  Unknown

**Chyron Server**
**Date Acquired 1/11/2013** _____  _____  _____  Unknown

**Apace Utility Server**
**Date Acquired 1/25/2013** _____  _____  _____  Unknown

**i7 iMac 27" -Used by IT Team**
**Date Acquired 1/31/2013** _____  _____  _____  Unknown

**Laptop -Malgrum**
**Date Acquired 2/09/2013** _____  _____  _____  Unknown

**MacBook Air 11.6" -Used by IT Team**
**Date Acquired 3/11/2013** _____  _____  _____  Unknown

**iMac 21.5" -Video Booth**
**Date Acquired 4/07/2013** _____  _____  _____  Unknown

**MacBook Air 11.6" -Developer**
**Date Acquired 9/05/2013** _____  _____  _____  Unknown

**Computer Equipment**
**Date Acquired 6/30/2013** _____  _____  _____  Unknown

**MacBook Pro 13" -Used by IT Team**
**Date Acquired 10/25/2013** _____  _____  _____  Unknown

**MacBook Air 13.3" -Used By Heidi**
**Date Acquired 10/31/2013** _____  _____  _____  Unknown

**MacBook Air 13.3" -Used by Ryland**
**Date Acquired 11/13/2013**

**Ryland Reed**
**501 Silverado Trail**
**Keller, TX 76248** _____  _____  _____  Unknown

**MacBook Pro 15.4" -Used by IT Team**
**Date Acquired 11/13/2013** _____  _____  _____  Unknown

**Edit Suite**
**Date Acquired 3/01/2009** _____  _____  _____  Unknown

**DVR** _____  _____  _____  Unknown

**DVR**
**Date Acquired 2/02/2012** _____  _____  _____  Unknown

**35mm Camera Adapter**
**Date Acquired 3/31/2013** _____  _____  _____  Unknown

**Video/Audio Router**
**Date Acquired 8/01/2010** _____  _____  _____  Unknown

**HD Avid**
**Dare Acquired 12/31/2010** _____  _____  _____  Unknown

Debtor    **Youtoo Technologies, LLC**_____    Case number (if known) _____
                Name

**MacBook Air 13" -Used by Christopher Wyatt**
**Date Acquired 10/21/2013**

**Christopher Wyatt**
**18647 Gibbon Drive**
**Dallas, TX 75287**_____    _____    _____    Unknown

**Internet Router**
**Date Acquired 6/23/2011**_____    _____    _____    Unknown

**Telephone System**
**Date Acquired 9/13/2011**_____    _____    _____    Unknown

**Telephone Switch -St470**
**Date Acquired 9/13/2011**_____    _____    _____    Unknown

**Avid Editing System**
**Date Acquired 3/07/2011**_____    _____    _____    Unknown

**Avid Upgrade**
**Date Acquired 3/21/2011**_____    _____    _____    Unknown

**Sony NEX Fs100U Camera**
**Date Acquired 7/11/2011**_____    _____    _____    Unknown

**LA Set Signage**
**Date Acquired 7/31/2011**_____    _____    _____    Unknown

**Network Router**
**Date Acquired 5/01/2012**

**210 Park Avenue, Suite 700**
**Oklahoma City, OK  73102**_____    _____    _____    $1,935.00

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                              $1,935.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____
                 Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | | $0.00 |
    |---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    | | $0.00 |
    |---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Youtoo Technologies, LLC**_____    Case number (if known) _____
            Name

**Intangibles-Patents**
**Fair Market Value as of 12/31/2016 Unknown**

**\* U.S. Patent No. 8,311,382**
**Recording and Publishing Content on Social**
**Media Websites**
**\* U.S. Patent No. 8,464,304**
**Content Creation and Distribution System**
**\* U.S. Patent No. 8,601,506**
**Content Creation and Distribution System**
**\* U.S. Patent No. 8,413,206**
**Participating in Television Programs**
**\* U.S. Patent No. 9,319,161**
**Participating in Television Programs**
**\* U.S. Patent No. 9,083,997**
**Recording and Publishing Content on Social**
**Media Websites**
**U.S. Patent No. 674768**_____    _____    _____    Unknown

61.  **Internet domain names and websites**

     **Domain #1**
     **www.youtootech.com**_____    $0.00    _____    Unknown

     **Domain #2**
     **www.youtoo.com**_____    _____    _____    Unknown

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.    | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

Debtor __**Youtoo Technologies, LLC**_____   Case number (if known) _____
        Name

**Current value of
debtor's interest**

**71. Notes receivable**

   Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____
_____
Name

<div style="background:black;color:white;display:inline-block;">**Part 12:**</div> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$800.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,935.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ............................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | **$2,735.00** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................    **$2,735.00**

**Fill in this information to identify the case:**

Debtor name **Youtoo Technologies, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$4,069,633.96**

Debtor   **Youtoo Technologies, LLC**                          Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.1**

**Creditor's name**
**Covenant Global Alpha Fund, LP**

**Creditor's mailing address**
**c/o GP/Manager MCFGA, LLC**

**200 Park Avenue, Suite 700**

_____

Oklahoma City        OK    73102

**Creditor's email address, if known**

_____

Date debt was incurred    **2014 & 2015**

**Last 4 digits of account
number**    ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Specify each creditor, including this
    creditor, and its relative priority.

**For Intangibles-Patents  Fair Market
Value as of 12/31/2016 Unkn: 1)
Youtoo Capital Partners, LP; 2)
Covenant Global Alpha Fund, LP; 3)
Covenant Private Equity Partners II,
Inc.  For Accounts Receivable/Asia
TV USA: 1) Youtoo Capital Partners,
LP; 2) Covenant Global Alpha Fund,
LP; 3) Covenant Private Equity
Partners II, Inc.  For Accounts
Receivable/Capstone Inc.: 1)
Youtoo Capital Partners, LP; 2)
Covenant Global Alpha Fund, LP; 3)
Covenant Private Equity Partners II,
Inc.  For Adobe Flash Media
Software Date Acquired 2/2/2011   :
1) Youtoo Capital Partners, LP; 2)
Covenant Global Alpha Fund, LP; 3)
Covenant Private Equity Partners II,
Inc.  For Sony Laptop/Monitor-
Developer Date Acquired 3/15/2011
: 1) Youtoo Capital Partners, LP; 2)
Covenant Global Alpha Fund, LP; 3)
Covenant Private Equity Partners II,
Inc.  For (2) Barracuda Load
Balancers Date Acquired
12/05/2012  : 1) Youtoo Capital
Partners, LP; 2) Covenant Global
Alpha Fund, LP; 3) Covenant Private
Equity Partners II, Inc.  For (2) Dell
U3011 Monitors -Used by IT Team
Date Acquired 11/22: 1) Youtoo
Capital Partners, LP; 2) Covenant
Global Alpha Fund, LP; 3) Covenant
Private Equity Partners II, Inc.  For
(2) MacBook Pro 15"-Used by
Development Team Date Acquired
7: 1) Youtoo Capital Partners, LP; 2)
Covenant Global Alpha Fund, LP; 3)
Covenant Private Equity Partners II,
Inc. For 35mm Camera Adapter**

**Describe debtor's property that is
subject to a lien**                          **$2,625,000.00**        **$2,735.00**

**Assets/Patents**

**Describe the lien**

**Secured / Agreement**

_____

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Youtoo Technologies, LLC**                                Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

| | |
|---|---|
| **Creditor's name** **Covenant Private Equity Partners II, Inc** | **Describe debtor's property that is subject to a lien** |

$875,000.00     $2,735.00

**Creditor's mailing address**
**c/o GP/Manager MCFGA, LLC**

**Assets/Patents**

**200 Park Avenue, Suite 700**

**Describe the lien**

**Secured / Agreement**

_____

**Is the creditor an insider or related party?**

**Oklahoma City        OK    73102**

☐ No
☑ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    2014 & 2015**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  **2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.3**

| | |
|---|---|
| **Creditor's name** **Youtoo Capital Partners, LP** | **Describe debtor's property that is subject to a lien** |

$569,633.96     $2,735.00

**Creditor's mailing address**
**c/o GP/Manager MCFGA, LLC**

**Assets/Patents**

**210 Park Avenue, Suite 700**

**Describe the lien**

**Secured Loan / Agreement**

_____

**Is the creditor an insider or related party?**

**Oklahoma City        OK    73102**

☐ No
☑ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  **2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Youtube Capital Partners, LP acquired a Heartland Bank loan to Youtoo TV, LLC and foreclosed on it for a partial satisfaction. The Claim amount is still outstanding. Youtoo Technologies is a guarantor of the loan and the Security Agreements**

**Fill in this information to identify the case:**

Debtor          **Youtoo Technologies, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

Debtor     **Youtoo Technologies, LLC**                              Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$15,000.00**
                                                                 *Check all that apply.*
AQUA Leasing LLC                                                 ☑ Contingent
510 Railway Avenue #336                                          ☑ Unliquidated
                                                                 ☑ Disputed

                                                                 Basis for the claim:
Campbell                        CA    95008                      **Trade Vendor**

Date or dates debt was incurred                                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                 ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$500.00**
                                                                 *Check all that apply.*
Booya! Media Social Network                                      ☑ Contingent
c/o Jason Martell                                                ☑ Unliquidated
25 Morning Breeze                                                ☑ Disputed

                                                                 Basis for the claim:
Irvine                          CA    92603                      **Trade Vendor**

Date or dates debt was incurred                                  Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                 ☐ Yes

**3.3**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$376,970.67**
                                                                 *Check all that apply.*
Carrington, Coleman, Sloman & Blumenthal                         ☑ Contingent
901 Main Street, Suite 5500                                      ☑ Unliquidated
                                                                 ☑ Disputed

                                                                 Basis for the claim:
Dallas                          TX    75202                      **Contract/Lease**

Date or dates debt was incurred   **10/28/2016**                 Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __                    ☑ No
                                                                 ☐ Yes

**Agreement for Representation Concerning US Patents**

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,000.00 |

*Check all that apply.*

**Christopher Wyatt**

☑ Contingent

**18647 Gibbon Drive**

☑ Unliquidated

☑ Disputed

**Dallas**                          **TX      75287**

**Basis for the claim:**    **Trade Vendor**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

**This is the amount that is owed per the settlement agreement on October 10, 2017.
$30,000.00 was paid to Christopher Wyatt on Oct 19, 2017 and another payment of $10,000.00 was paid to Christopher Wyatt on October 31, 2017**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,048.55 |

*Check all that apply.*

**Clearview International LLC**

☑ Contingent

**c/o Blenden Roth Law Firm**

☑ Unliquidated

**2217 Harwood Road**

☑ Disputed

**Bedford**                          **TX      76021**

**Basis for the claim:**    **Trade Vendor**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    0   7   6   2

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,700.00 |

*Check all that apply.*

**Comforce**

☑ Contingent

**3492 Momentum Place**

☑ Unliquidated

☑ Disputed

**Chicago**                          **IL      60689**

**Basis for the claim:**    **Trade Vendor**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Youtoo Technologies, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,191,883.70 |
|---|---|---|---|

Check all that apply.

**Covenant Private Equity Partners III, LP**

**210 Park Avenue, Suite 3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Oklahoma City**            OK    73102            **Trade Debt**

Date or dates debt was incurred    03/10/2017

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Covenant Private Equity Partners III, LP financed the operating expenses for Youtoo Tecnologies, LLC**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.16 |
|---|---|---|---|

Check all that apply.

**Danny Ohman**

**2717 Cypress Court**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Flower Mound**            TX    75028            **Trade Vendor**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210,000.00 |
|---|---|---|---|

Check all that apply.

**Darren Feher**

**220 Ingleside Road**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Fairfield**            CT    06824            **Trade Vendor**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,567.24 |
|---|---|---|---|

Check all that apply.

**Darren Feher**

**220 Ingleside Road**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Fairfield**            CT    06824            **Trade Vendor**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Youtoo Technologies, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**David Armour**

**3764 Camino Codomix**

_____

Calabasas                    CA     91302

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,950.23

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**Delaware Secretary of State**

**State of Delaware-Division Corporation**

**PO Box 5509**

Binghamton                   NY     13902

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Digital Miracles, LLC**

**1805 Cranbrook Drive South**

_____

Colleyville                  TX     76034

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$126,980.66

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Dykema Gossett PLLC**

**Dept CH 16382**

_____

Palatine                     IL     60055-6382

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$149,067.99

Debtor    __Youtoo Technologies, LLC_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.15 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$376.61

__First Insurance Funding Corp_____

☑ Contingent
☑ Unliquidated
☑ Disputed

__PO Box 66468_____

Basis for the claim:
__Trade Vendor_____

__Chicago_____    IL    __60666-0468__

**Date or dates debt was incurred**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$146,611.88

__Fish & Richardson P.C._____

☑ Contingent
☑ Unliquidated
☑ Disputed

__PO Box 3295_____

Basis for the claim:
__Trade Vendor_____

__Boston_____    MA    __02241-3295__

**Date or dates debt was incurred**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.17 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$104,232.00

__Fleetstaff, Inc. Wells Fargo Business Cr__

☑ Contingent
☑ Unliquidated
☑ Disputed

__PO Box 823424_____

Basis for the claim:
__Trade Vendor_____

__Philadelphia_____    PA    __19182-3424__

**Date or dates debt was incurred**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$63.20

__Global Outlook, Inc_____

☑ Contingent
☑ Unliquidated
☑ Disputed

__222 W. Las Colinas Blvd Suite No. 1410N__

Basis for the claim:
__Trade Vendor_____

__Irving_____    TX    __75039__

**Date or dates debt was incurred**    _____

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

Debtor  **Youtoo Technologies, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00** |

**Grapevine Station LLC**

**1000 Texan Trail, Suite 200**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Grapevine | TX | 76051 |

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred  **02/01/2017**

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Office Lease: 1000 Texan Trail, Suite 223, Grapevine, TX 76051**

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hall & Ludlam**

**Attorneys at Law**

**210 Park Avenue, Suite 3001**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Oklahoma City | OK | 73102 |

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred  **03/27/2017**

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Agreement for Representation Concerning US Patents**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$453.20** |

**Heidi Miller**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**Jayson Cody**

**914 Waterview Circle**

☑ Contingent
☑ Unliquidated
☑ Disputed

| Texas Richardson | TX | 75080 |

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$169.04

**John R. Ames, CTA**

**PO Box 139066**

☑ Contingent
☑ Unliquidated
☑ Disputed

_____

**Dallas                    TX      75313-9066**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$22,000.00

**Kai Buehler**

**3625 Berryman Avenue**

☑ Contingent
☑ Unliquidated
☑ Disputed

_____

**Los Angeles            CA      90066**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$318.92

**Liberty Mutual Insurance**

**PO Box 85834**

☑ Contingent
☑ Unliquidated
☑ Disputed

_____

**San Diego              CA      92186-5834**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$835.41

**Marc Mulgrum**

**3 Fairview Drive**

☑ Contingent
☑ Unliquidated
☑ Disputed

_____

**Yorktown Heights        NY      10598**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27**    Nonpriority creditor's name and mailing address

**Mark Harwell**

**6401 Fox Chase**

**Plano**                    TX      **75024**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,658.21

---

**3.28**    Nonpriority creditor's name and mailing address

**Motivity Labs, Inc**

**222 W. Las Colinas Blvd Suite 1410**

**North Tower Irving**        TX      **75039**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$10,438.00

---

**3.29**    Nonpriority creditor's name and mailing address

**Neal & McDevitt**

**1776 Ash Street**

**Northfield**                IL      **60093**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$20,043.88

---

**3.30**    Nonpriority creditor's name and mailing address

**New York Athletic Club**

**180 Central Park South**

**New York**                NY      **10019**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$292.50

---

Debtor   **Youtoo Technologies, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.31** **Nonpriority creditor's name and mailing address**

**Piedmont**

**c/o Piedmont Operating Partnership**

**PO Box 843759**

_____

**Dallas**                    **TX**      **75284-3759**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,402.55**

**3.32** **Nonpriority creditor's name and mailing address**

**Polsinelli**

**900 W. 48th Plance**

**Suite 900**

_____

**Kansas City**                **MO**      **64112**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,652,664.00**

**3.33** **Nonpriority creditor's name and mailing address**

**Quill Corporation**

**PO Box 37600**

_____

_____

**Philadelphia**              **PA**      **19101-0600**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$684.81**

**3.34** **Nonpriority creditor's name and mailing address**

**Red River Systems**

**16415 Addison Road, Suite 725**

_____

_____

**Addison**                    **TX**      **75001**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$148,596.25**

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.35 | Nonpriority creditor's name and mailing address | | **$45,000.00** |

**Remotely Creative**

**3764 Camino Codorniz**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Calabasas**                    **CA**    **91302**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | $1,778.00 |

**Robins, Kaplan, Miller & Ciresi LLP**

**2800 LaSalle Plaza 800 LaSalle Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Minneapolis**                **MN**    **55402-2015**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | | ($835.41) |

**Roger Rohatgi**

**4216 Tiffany Drive**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Flower Mound**              **TX**    **75022**

**Basis for the claim:**
**Trade Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | | $2,500.00 |

**Ryland Reed**

**501 Silverado Trail**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Keller**                        **TX**    **76248-1641**

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☐ No
☑ Yes

**Employment Offer for the position of Chief Operating Officer**

Debtor   __Youtoo Technologies, LLC_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

Shikha Malhotra

6213 Love Drive Apt 2618

Irving                                TX        75039

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade Vendor**

$12,465.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

The Hartford

PO Box 660916

Dallas                                TX        75266-0916

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade Vendor**

$13,187.30

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

Time Warner Cable

PO Box 60074

City of Industry                      CA        91716-0074

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade Vendor**

$15,750.76

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

TM Television

2440 Lacy Lane, Suite 110

Carrollton                            TX        75006

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade Vendor**

$3,350.00

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   **Youtoo Technologies, LLC**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**Tracey McCormack**

**3219 Kelton Avenue**

**Los Angeles**          **CA**    **90034**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,548.42**

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**TrueBridge Resources, Inc.**

**PO Box 935222**

**Atlanta**          **GA**    **31193**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$274,102.00**

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**TW Telecom**

**PO Box 172567**

**Denver**          **CO**    **80217-2567**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,775.37**

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**Twitter, Inc**

**c/o Durie Tangri LLP**

**217 Leidesdorff Street**

**San Francisco**          **CA**    **94111**

Date or dates debt was incurred          _____

Last 4 digits of account number    _7_ _6_ _4_ _N_

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt/Suit**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

Debtor    **Youtoo Technologies, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.47**    Nonpriority creditor's name and mailing address

**Yojimbo Corporation**_____

**1666 China Gulch Road**_____

_____

**Jacksonville**            **OR**    **97530**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Vendor**_____

Is the claim subject to offset?
☑ No
☐ Yes

$26,825.00

---

**3.48**    Nonpriority creditor's name and mailing address

**Youtoo Media, LP**_____

**c/o Delaware Secretary of State**_____

**PO Box 5509**_____

_____

**Binghamton**            **NY**    **13902**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**_____

Is the claim subject to offset?
☑ No
☐ Yes

$529,935.81

---

**3.49**    Nonpriority creditor's name and mailing address

**Youtoo Networks, LLC**_____

**c/o Delaware Secretary of State**_____

**PO Box 5509**_____

_____

**Binghamton**            **NY**    **13902**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,381,873.88

---

**3.50**    Nonpriority creditor's name and mailing address

**YoutooTV, LLC**_____

**c/o Delaware Secretary of State**_____

**PO Box 5509**_____

_____

**Binghamton**            **NY**    **13902**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Trade Debt**_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,145,014.09

---

Debtor  **Youtoo Technologies, LLC** _____  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.1  **Barnett & Garcia, PLLC** <br> **3821 Juniper Trace, Suite 108** <br><br> **Austin                TX     78738** | Line  **3.34** <br> ☐ Not listed.  Explain: | **1   1   2   5** |
| 4.2  **Haynes Boone LLP** <br> **2323 Victory Avenue, Suite 700** <br><br> **Dallas                TX     75219** | Line  **3.46** <br> ☐ Not listed.  Explain: | **7   6   4   N** |
| 4.3  **IRS** <br> **PO Box 7346** <br><br> **Philadelphia         PA     19101-7346** | Line  _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | **6   2   0   8** |
| 4.4  **Niro Law and Friedman Suder & Cooke** <br> **181 West Madison Street, Suite 4600** <br><br> **Chicago                IL     60602** | Line  **3.20** <br> ☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.5  **Oklahoma Tax Commission** <br> **Legal Division** <br> **100 N Broadway Avenue Suite 1500** <br><br> **Oklahoma City        OK     73102** | Line  _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | **6   2   0   8** |

Debtor    **Youtoo Technologies, LLC**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$12,799,870.88** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$12,799,870.88** |

**Fill in this information to identify the case:**

Debtor name     **Youtoo Technologies, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number     _____     Chapter     **7**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Representation Concerning US Patents** **Contract to be REJECTED** | **Carrington, Coleman, Sloman & Blumenthal** **901 Main Street, Suite 5500** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**                **TX**     **75202** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** **1000 Texan Trail, Suite 223** **Grapevine, TX 76051** **Contract to be REJECTED** | **Grapevine Station LLC** **1000 Texan Trail, Suite 200** |
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Grapevine**            **TX**     **76051** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Representation Concerning US Patents** **Contract to be REJECTED** | **Hall & Ludlam** **Attorneys at law** **210 Park Avenue, Suite 3001** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Oklahoma City**       **OK**     **73102** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Employment Offer for the position of Chief Operating Officer** **Contract to be REJECTED** | **Ryland Reed** **501 Silverado Trail** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Keller**                **TX**     **76248-1641** |

**Fill in this information to identify the case:**

Debtor name __**Youtoo Technologies, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Youtoo Technologies, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B................................................................................. | **$0.00** |

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B................................................................................ | **$2,735.00** |

    1c.  **Total of all property:**
        Copy line 92 from Schedule A/B.................................................................................. | **$2,735.00** |

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............  **$4,069,633.96**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F.....................................  **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...................  **+ $12,799,870.88**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................  **$16,869,504.84**

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Youtoo Technologies, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF OKLAHOMA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/30/2017**      X **/s/ Marsh Pitman, Member/Manager**
        MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                       **Marsh Pitman, Member/Manager**
                                       Printed name
                                       **See Attached**
                                       Position or relationship to debtor

To the best of management's knowledge, the creditors listed are all that have been identified. If others are discovered the schedules will be amended

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   __**Youtoo Technologies, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number
(if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __10/31/2017__<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$13,000.50** |
| **For prior year:** | From __10/31/2016__<br>MM / DD / YYYY | to | __10/30/2017__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$320,567.00** |
| **For the year before that:** | From __10/31/2015__<br>MM / DD / YYYY | to | __10/30/2016__<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$327,116.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Debtor | __Youtoo Technologies, LLC__ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
Check all that apply

3.1. **Christopher Wyatt**
Creditor's name
**18647 Gibbon Dr.**
Street

**Dallas**          **TX**     **75287**
City                State    ZIP Code

**Dates:** This is the amount that is owed per the settlement agreement on October 10, 2017. $30,000.00 was paid Oct 19, 2017 and $10,000.00 was paid on October 31, 2017

**Total amount or value:** $40,000.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Settlement Agreement**

---

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
Check all that apply

3.2. **Grapevine Station LLC**
Creditor's name
**1000 Texan Trail**
Street

**Grapevine**       **TX**     **76051**
City                State    ZIP Code

**Dates:** August 1, 2017; September 1, 2017; and October 1, 2017

**Total amount or value:** $3,300.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Office Lease**

---

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
Check all that apply

3.3. **Tri Corps CyberSecurity, LLC**
Creditor's name
**12312 Hidden Forrest Blvd**
Street

**Oklahoma City**    **OK**    **73142**
City                State    ZIP Code

**Dates:** 11/30/2017

**Total amount or value:** $3,774.66

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other  _____

---

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
Check all that apply

3.4. **Barbara Ley CPA, PC**
Creditor's name
**6305 Waterford Blvd**
Street
**Suite 450**

**Oklahoma City**    **OK**    **73118**
City                State    ZIP Code

**Dates:** 11/30/17

**Total amount or value:** $2,000.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other  _____

---

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
Check all that apply

3.5. **Grayble**
Creditor's name
**5570 FM 423**
Street
**Suite 250-1103**

**Frisco**          **TX**     **75034**
City                State    ZIP Code

**Dates:** 11/30/17

**Total amount or value:** $11,000.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other  _____

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known) _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-------------------------------------|----------------|
| 7.1. | Redriver Systems, LLC vs Youtoo Technologies, LLC | Civil | **District Court of Dallas County, Texas**<br>Name<br>**George L. Allen, Sr. Courts Building**<br>Street<br>**600 Commerce Street, Box 822** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
|  | Case number<br>**Cause No DC-15-11125** |  | **Dallas**          **TX**    **75202**<br>City          State    ZIP Code |  |
| 7.2. | Twitter, Inc vs Youtoo Technologies, LLC | **United States Patent and Trademark Office/Before the Patent Trial and Appeal Board**<br><br>**Case IPR2017-00829**<br>**Patent 9,083,997 B2** | **US Patent and Trademark Office**<br>Name<br><br>Street | ☑ Pending<br>☑ On appeal<br>☐ Concluded |
|  | Case number<br>**IPR2017-00829** |  | City          State    ZIP Code |  |

Debtor    **Youtoo Technologies, LLC**
_____    Case number (if known) _____
Name

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Youtoo Technologies, LLC vs Twitter, Inc** | Civil | **U.S. Dist Court Northern Dist of Texas**<br>Name | ☑ Pending |
| | | **Earle Cabell Federal Building**<br>Street | ☐ On appeal |
| | | **1100 Commerce St** | ☐ Concluded |
| **Case number** | | | |
| **3:16-cv-00764-N** | | **Dallas**          **TX**    **75242**<br>City          State    ZIP Code | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

11.   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Gooding Law Firm, P.C.** | | **11/30/2017** | **$5,000.00** |

Address

**204 N. Robinson**
Street
**Suite 650**

**Oklahoma City**          **OK**    **73102**
City          State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

Debtor    **Youtoo Technologies, LLC**_____    Case number (if known) _____
          Name

**12.  Self-settled trusts of which the debtor is a beneficiary**
  List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
  Do not include transfers already listed on this statement.

  ☑ None

**13.  Transfers not already listed on this statement**
  List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

  ☑ None

| Part 7: | Previous Locations |
| --- | --- |

**14.  Previous addresses**
  List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

  ☐ Does not apply

| | Address | Dates of occupancy | |
| --- | --- | --- | --- |
| 14.1. | **6565 North MacArthur, Suite 400** <br> Street | From **2011** | To **06/28/2016** |
| | **Irving**　　　　　**TX**　　**75039** <br> City　　　　　State　　ZIP Code | | |
| 14.2. | **1901 North Akard Street** <br> Street | From **06/28/2016** | To **01/12/2017** |
| | **Dallas**　　　　　**TX**　　**75201** <br> City　　　　　State　　ZIP Code | | |
| 14.3. | **Plano Office** <br> Street | From **01/12/2017** | To **08/03/2017** |
| | **Plano**　　　　　**TX** <br> City　　　　　State　　ZIP Code | | |
| 14.4. | **1000 Texan Trail, Suite 223** <br> Street | From **02/01/2017** | To **11/2017** |
| | **Grapevine**　　　　　**TX**　　**76051** <br> City　　　　　State　　ZIP Code | | |

Debtor    **Youtoo Technologies, LLC**                                    Case number (if known)    _____
          Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  **Youtoo Technologies, LLC**_____  Case number (if known) _____
　　　　　Name

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Youtoo Licensing, LLC** | **Non-Operational** | Do not include Social Security number or ITIN. |
| | Name | | |
| | | | EIN: ___  ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Street | | |
| | | | **Dates business existed** |
| | City            State   ZIP Code | | From _____  To _**present**_ |

Debtor    **Youtoo Technologies, LLC**                              Case number (if known)  _____
          Name

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|--|--|--|--|

25.2.  **Youtoo.com LLC**                    **Non-Operational**           Do not include Social Security number or ITIN.
       Name

       _____                                      EIN:  ___  ___ **–** ___  ___  ___  ___  ___  ___  ___
       Street

                                                                      Dates business existed
       _____

       City              State   ZIP Code                             From  _____  To  **present**

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

|  | Name and address |  | Dates of service |
|--|--|--|--|

26a.1.  **Barbara A. Ley**                                            From  **2016**  To  **present**
        Name
        **Certified Public Accountant**
        Street
        **6305 Waterford Blvd Suite 450**

        **Oklahoma City**              **OK**    **73118**
        City                          State   ZIP Code

Name and address                                                      Dates of service

26a.2.  **Robison Gary Johnson & Associates PLLC**                    From  **2017**  To  **Persent**
        Name
        **14220 Barbour Avenue**
        Street

        **Oklahoma City**              **OK**    **73134**
        City                          State   ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Youtoo Technologies, LLC**                                Case number (if known) _____
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Youtoo Capital Partners, LP** | **210 Park Avenue Suite 700 Oklahoma City, OK 73102** | | **88.99%** |
| **Wrangler Trust** | **300 Crescent Court, Suite Dallas, TX 75201** | | **11.01%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held | | |
|------|---------|-------------------------------------|------|------|------|
| **Youtoo Media, LP** | **1400 Preston Road, Suite 400 Plano, TX 75370** | **Managing Memeber / 99.4231573%** | From | **2010** To | **2017** |
| **Ed Frazier** | **2601 Cypress Hills Court Arlington, TX 76006** | **Domestic Partner / 0.1853705%** | From | **2015** To | **2016** |
| **Jon Lunsford** | **1500 River Road West Crozier, VA 23039** | **Domestic Partner / 0.1235803%** | From | **2015** To | **2016** |
| **Kevin Lehman** | **7006 Lismore Court Colleyville, TX 76034** | **Domestic Partner / 0.0926813%** | From | **2015** To | **2016** |
| **Ryland Reed** | **8004 Derby Run North Richland Hills, TX 76182** | **Chief Operating Officer / 0.0601997%- Started Posit 8/1/16** | From | **2015** To | **2016** |
| **Mark Howell** | **6401 Fox Chase Plano, TX 75024** | **Domestic Partner / 0.1150109%** | From | **2015** To | **2016** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor   **Youtoo Technologies, LLC**                                     Case number (if known)   _____
_____
Name

| **Part 14:** | **Signature and Declaration** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/30/2017**
             MM / DD / YYYY

X **/s/ Marsh Pitman, Member/Manager**                    Printed name  **Marsh Pitman, Member/Manager**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **See Attached**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No
☑ Yes

To the best of management's knowledge, the equity interests are as have been identified. However, as to the Wrangler Trust, that interest is disputed until proven.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

In re  **Youtoo Technologies, LLC**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................... **$5,000.00**

Prior to the filing of this statement I have received....................................................... **$5,000.00**

Balance Due................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/30/2017** | **/s/ O. Clifton Gooding** |
| *Date* | *O. Clifton Gooding*            Bar No.  10315 |
| | The Gooding Law Firm, P.C. |
| | 650 City Place Building |
| | 204 N. Robinson Avenue |
| | Oklahoma City, Oklahoma 73102 |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 |
| | cgooding@goodingfirm.com |

---

**/s/ Marsh Pitman, Member/Manager**

*Marsh Pitman, Member/Manager*
*See Attached*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Youtoo Technologies, LLC**                                CASE NO

                                                                                CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   11/30/2017 _____        Signature   /s/ Marsh Pitman, Member/Manager _____

                                                                        *Marsh Pitman, Member/Manager*
                                                                        *See Attached*

Date _____        Signature _____

AQUA Leasing LLC
510 Railway Avenue #336
Campbell, CA 95008


Barnett & Garcia, PLLC
3821 Juniper Trace, Suite 108
Austin, TX 78738


Booya! Media Social Network
c/o Jason Martell
25 Morning Breeze
Irvine, CA 92603


Carrington, Coleman, Sloman & Blumenthal
901 Main Street, Suite 5500
Dallas, TX 75202


Christopher Wyatt
18647 Gibbon Drive
Dallas, TX 75287


Clearview International LLC
c/o Blenden Roth Law Firm
2217 Harwood Road
Bedford, TX 76021


Comforce
3492 Momentum Place
Chicago, IL 60689


Covenant Global Alpha Fund, LP
c/o GP/Manager MCFGA, LLC
200 Park Avenue, Suite 700
Oklahoma City, OK 73102


Covenant Private Equity Partners II, Inc
c/o GP/Manager MCFGA, LLC
200 Park Avenue, Suite 700
Oklahoma City, OK 73102

Covenant Private Equity Partners III, LP
210 Park Avenue, Suite 3000
Oklahoma City, OK 73102


Danny Ohman
2717 Cypress Court
Flower Mound, TX 75028


Darren Feher
220 Ingleside Road
Fairfield, CT 06824


David Armour
3764 Camino Codomix
Calabasas, CA 91302


Delaware Secretary of State
State of Delaware-Division Corporation
PO Box 5509
Binghamton, NY 13902


Digital Miracles, LLC
1805 Cranbrook Drive South
Colleyville, TX 76034


Dykema Gossett PLLC
Dept CH 16382
Palatine, IL 60055-6382


First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468


Fish & Richardson P.C.
PO Box 3295
Boston, MA 02241-3295

Fleetstaff, Inc. Wells Fargo Business Cr
PO Box 823424
Philadelphia, PA 19182-3424


Global Outlook, Inc
222 W. Las Colinas Blvd Suite No. 1410N
Irving, TX 75039


Grapevine Station LLC
1000 Texan Trail, Suite 200
Grapevine, TX 76051


Hall & Ludlam
Attorneys at Law
210 Park Avenue, Suite 3001
Oklahoma City, OK 73102


Haynes Boone LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219


Heidi Miller


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jayson Cody
914 Waterview Circle
Texas Richardson, TX 75080


John R. Ames, CTA
PO Box 139066
Dallas, TX 75313-9066

Kai Buehler
3625 Berryman Avenue
Los Angeles, CA 90066


Liberty Mutual Insurance
PO Box 85834
San Diego, CA 92186-5834


Marc Mulgrum
3 Fairview Drive
Yorktown Heights, NY 10598


Mark Harwell
6401 Fox Chase
Plano, TX 75024


Motivity Labs, Inc
222 W. Las Colinas Blvd Suite 1410
North Tower Irving, TX 75039


Neal & McDevitt
1776 Ash Street
Northfield, IL 60093


New York Athletic Club
180 Central Park South
New York, NY 10019


Niro Law and Friedman Suder & Cooke
181 West Madison Street, Suite 4600
Chicago, IL 60602


Oklahoma Tax Commission
Legal Division
100 N Broadway Avenue Suite 1500
Oklahoma City, OK 73102

Piedmont
c/o Piedmont Operating Partnership
PO Box 843759
Dallas, TX 75284-3759


Polsinelli
900 W. 48th Plance
Suite 900
Kansas City, MO 64112


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Red River Systems
16415 Addison Road, Suite 725
Addison, TX 75001


Remotely Creative
3764 Camino Codorniz
Calabasas, CA 91302


Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza 800 LaSalle Avenue
Minneapolis, MN 55402-2015


Roger Rohatgi
4216 Tiffany Drive
Flower Mound, TX 75022


Ryland Reed
501 Silverado Trail
Keller, TX 76248-1641


Shikha Malhotra
6213 Love Drive Apt 2618
Irving, TX 75039

The Hartford
PO Box 660916
Dallas, TX 75266-0916


Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


TM Television
2440 Lacy Lane, Suite 110
Carrollton, TX 75006


Tracey McCormack
3219 Kelton Avenue
Los Angeles, CA 90034


TrueBridge Resources, Inc.
PO Box 935222
Atlanta, GA 31193


TW Telecom
PO Box 172567
Denver, CO 80217-2567


Twitter, Inc
c/o Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111


Yojimbo Corporation
1666 China Gulch Road
Jacksonville, OR 97530


Youtoo Capital Partners, LP
c/o GP/Manager MCFGA, LLC
210 Park Avenue, Suite 700
Oklahoma City, OK 73102

```
Youtoo Media, LP
c/o Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902


Youtoo Networks, LLC
c/o Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902


YoutooTV, LLC
c/o Delaware Secretary of State
PO Box 5509
Binghamton, NY 13902
```

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re: **Youtoo Technologies, LLC**                        CASE NO

                                                          CHAPTER    **7**

## BUSINESS INCOME AND EXPENSES

### Youtoo Technologies, LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:              **$320,567.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                        **$1,300.05**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):               **$27,000.00**
    4. Payroll Taxes:                                          **$0.00**
    5. Unemployment Taxes:                                     **$0.00**
    6. Worker's Compensation:                                  **$0.00**
    7. Other Taxes:                                            **$0.00**
    8. Inventory Purchases (including raw materials):          **$0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:                 **$0.00**
    10. Rent (other than debtor's principal residence):       **$1,100.00**
    11. Utilities:                                             **$0.00**
    12. Office Expenses and Supplies:                          **$0.00**
    13. Repairs and Maintenance:                               **$0.00**
    14. Vehicle Expenses:                                      **$0.00**
    15. Travel and Entertainment:                              **$0.00**
    16. Equipment Rental and Leases:                           **$0.00**
    17. Legal/Accounting/Other Professional Fees:              **$54.38**
    18. Insurance:                                             **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):      **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):                 **None**
    21. Other (Specify):
        **Employer FICA**                                      **$825.50**
        **Group Medical Insurance**                            **$3,302.70**
        **Payroll Expenses**                                   **$115.08**
        **Programming and Development**                         **$1,312.44**
    22. Total Monthly Expenses (Add items 3 - 21)                                   **$33,710.10**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):          **($32,410.05)**