## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>YOUTOO TECHNOLOGIES, LLC<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-17-14849-JDL<br>(Chapter 7) |

## TRUSTEE'S OBJECTION TO CREDITOR, TWITTER, INC'S MOTION FOR RELIEF OR TO LIFT THE AUTOMATIC STAY WITH NOTICE OF HEARING

Douglas N. Gould, the duly appointed trustee ("Trustee") objects to Twitter, Inc. ("Twitter") Motion For Order (I) Holding That the Automatic Stay Does Not Apply Pursuant to 11 U.S.C. §362(b)(4) or Alternatively (II) Lifting the Automatic Stay for Cause Under §362(d)(1) and Waiving the 14-Day Stay Under Bankrutcy Rule 4001(a)(3) ("Motion") [Doc. No. 21] incorporating, as if fully set forth herein, Debtor's Response and Objection to Twitter, Inc.'s Motion filed February 16, 2018 [Doc No. 25].

## NOTICE OF HEARING

You are hereby notified that a hearing on Twitter, Inc.'s Motion for Order Holding Automatic Stay does not Apply and for Relief from the Automatic Stay is set for preliminary hearing on Thursday February 22, 2018 at 9:30 a.m., with a Final Hearing to be held on Wednesday March 21, 2018 at 1:30 p.m., all before the Honorable Janice D. Loyd, 2nd Floor Courtroom, US Bankruptcy Court, 215 Dean A. McGee, Oklahoma City, Oklahoma.

　　　　　　　　　　　　　　　　　　　s/Douglas N. Gould　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Douglas N. Gould, OBA #3500
　　　　　　　　　　　　　　　　　　　Douglas N. Gould, P.L.C.
　　　　　　　　　　　　　　　　　　　5500 N. Western Ave., Ste. 150
　　　　　　　　　　　　　　　　　　　Oklahoma City, OK  73118
　　　　　　　　　　　　　　　　　　　405.286.3338
　　　　　　　　　　　　　　　　　　　dg@dgouldlaw.net
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, a true and correct copy of the above referenced document was forwarded via the Court's Electronic Filings System.

　　　　　　　　　　　　　　　　　　　s/Douglas N. Gould　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Douglas N. Gould